Date signed June 19, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In Re: <br> Robert F. Rood, IV., <br> 　　　Debtor. | Case No. 08-17199PM <br> Chapter 7 |
| Gary A. Rosen, Trustee, and <br> Southern Management Corporation <br> Retirement Trust, <br> 　　　Plaintiffs, <br> vs. <br> Robert F. Rood, IV, *et al*. <br> 　　　Defendants. | AP No. 09-00188PM |

### CERTIFICATE OF CRIMINAL CONTEMPT

　　For the reasons set forth in the Memorandum of Decision filed herewith, specifically, the failure of the alleged contemnors, Robert F. Rood, IV, and Kore Holdings, Inc., to produce documents when required, to answer sworn testimony when required and to produce documents as ordered by the court and otherwise obstructing the work of the Chapter 7 Trustee of the bankruptcy estate of Robert F. Rood, IV, the court hereby hands up this Certificate of Criminal Contempt for such action as may be deemed appropriate by the United States District Court for the District of Maryland.

cc:　　Plaintiffs
　　　　Plaintiffs' Counsel
　　　　Defendants
　　　　Defendants' Counsel
　　　　United States Trustee

### End of Certificate