Date signed February 05, 2012



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROBERT F. ROOD IV | : | Case No. 08-17199PM |
| | : | Chapter 11 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| GARY A. ROSEN, TRUSTEE . | : | |
| SOUTHERN MANAGEMENT | : | |
|   CORPORATION RETIREMENT TRUST | : | |
| Plaintiffs | : | |
| vs. | : | Adversary No. 09-0188PM |
| | : | |
| ROBERT F. ROOD, et al. | : | |
| Defendants | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM TO THE PARTIES

This adversary proceeding is set for trial on **June 19-21, 2012**. To facilitate trial, the court requests that the parties meet and prepare a stipulation of such facts as they can agree to by **March 7, 2012**.

In the course of their discussion, the parties are instructed by **March 7, 2012**, to agree and file a scheduling order as well as a statement as to whether they think there is anything to be gained by the court holding a final pre-trial conference in May.

In view of the immense amount of material known to the parties and on the record in this case, the court suggests that a large amount of time and money could be spared were the parties to agree to a mediation process.

cc:
Nelson Cohen, Esq., 1800 M Street, NW, Washington, DC 20036
Jeffrey M. Orenstein, Esq., 15245 Shady Grove Road, #465, Rockville, MD 20850
Paul Sweeney, Esq., 2530 Riva Road, $400, Annapolis, Md 21401
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Gary A. Rosen, Trustee, One Church Street, #802, Rockville, MD 20850

**End of Memorandum**